**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 96-30108
Summary Calendar

MERE'S WRECKER SERVICE INC.; TIMOTHY KASSINGER

Plaintiffs-Appellees-Cross-Appellants

VERSUS

ABID HUSSAIN HEMANI; SCHNEIDER NATIONAL CARRIERS INC.
Defendants-appellants-Cross-Appellees

Appeal from the United States District Court
For the Western District of Louisiana
(93-CV-1617)
August 21, 1996

Before SMITH, DUHÉ and BARKSDALE, Circuit Judges.

PER CURIAM:[1]

This suit arises out of an accident between an eighteen wheel tractor trailer and the wrecker which was extricating the tractor trailer rig from a bog. Both sides claim various damages from the other, and the resolution of the case turns on the credibility decisions made by the experienced trial judge who heard the witnesses. Although, in the "Statement of Facts" section of their

---

[1]Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

brief, Appellants complain that the amounts awarded Appellees were "generous", in the "Argument" section of their brief they discuss only the trial court's liability determination.

We have carefully considered the briefs, the trial judge's written ruling and the record and we find no reversible error on any point. The trial judge considered all the evidence carefully, made the requisite credibility determinations and reached a result which we cannot say is erroneous. Accordingly, the judgment is AFFIRMED largely for the reasons given by the trial court.

AFFIRMED.